THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. BRAM, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— AULISI, J.

Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur in memorandum by Aulisi, J.